**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David A. Metcalf<br>      Brenda D. Metcalf<br><br><br>           Debtors | BK NO. 19-03608 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

                         Respectfully submitted,

                         **/s/ James C. Warmbrodt, Esquire**
                         James C. Warmbrodt, Esquire
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA  19106
                         215-627-1322