```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania

In re:                                                      Case No. 19-03608-HWV
David A Metcalf                                             Chapter 13
Brenda D Metcalf
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: MMchugh        Page 1 of 2        Date Rcvd: Sep 18, 2019
                               Form ID: ntnew341     Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
```
db/jdb       +David A Metcalf,   Brenda D Metcalf,   324 Fox Knoll Ct.,   Hanover, PA 17331-5234
5238689      +Citibank/Goodyear,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
              Saint Louis, MO 63179-0034
5238692      +FedLoan Servicing,   Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
5238695      +Linoln Automotive Financial Services,   Attn: Bankruptcy,   Po Box 542000,
              Omaha, NE 68154-8000
5238697      +Mariner Finance, LLC,   Attn: Bankruptcy,   8211 Town Center Drive,   Nottingham, MD 21236-5904
5238698      +Mercury/FBT,   Attn: Bankruptcy,   Po Box 84064,   Columbus, GA 31908-4064
5238699      +PNC Bank,   Attn: Bankruptcy,   Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
5238700      +Pnc Bank,   Atn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
              Cleveland, OH 44101-4982
5238704      +Wells Fargo Bank NA,   Attn: Bankruptcy,   1 Home Campus Mac X2303-01a,
              Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 19:30:45
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5238686      +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2019 19:29:00     Ally Financial,
              Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
5238687      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 19:31:16     Capital One,
              Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5244058       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 19:30:42
              Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
              Charlotte, NC  28272-1083
5238690      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 19:29:16     Comenity Bank/Eddie Bauer,
              Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5238691      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 19:29:15     Comenity Bank/Torrid,
              Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5238693      +E-mail/Text: julie.baugher@pinnaclehealth.org Sep 18 2019 19:29:01     Hanover Hospital,
              300 Highland Ave.,   Hanover, PA 17331-2203
5238694      +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 18 2019 19:29:47     Harley Davidson Financial,
              Attn: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
5238696       E-mail/Text: camanagement@mtb.com Sep 18 2019 19:29:12     M & T Bank,   Attn: Bankruptcy,
              Po Box 844,   Buffalo, NY 14240
5238701      +E-mail/Text: bankruptcy@pmscollects.com Sep 18 2019 19:29:51     Progressive Management Systems,
              Attn: Bankruptcy Department,   1521 W Cameron Ave., First Floor,   West Covina, CA 91790-2738
5239234      +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 19:31:16     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5238703      +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 19:31:14     Synchrony Bank/Lowes,
              Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                            TOTAL: 12


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5238702       St Joseph Hospital
5238688*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                            TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                         Signature:  /s/Joseph Speetjens

_____


                    **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:

            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            James  Warmbrodt   on behalf of Creditor   LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com
            Stephen Wade Parker   on behalf of Debtor 2 Brenda D Metcalf Mooneybkecf@gmail.com,
     R61895@notify.bestcase.com
            Stephen Wade Parker   on behalf of Debtor 1 David A Metcalf Mooneybkecf@gmail.com,
     R61895@notify.bestcase.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                  TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David A Metcalf,

        **Debtor 1**

Brenda D Metcalf,

        **Debtor 2**

Chapter      13

Case No.      1:19−bk−03608−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 24, 2019<br><br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2019 |

ntnew341 (04/18)