```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                           Case No. 19-03608-HWV
David A Metcalf                                                  Chapter 13
Brenda D Metcalf
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh              Page 1 of 2          Date Rcvd: Oct 01, 2019
                             Form ID: ordsmiss          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
```
db/jdb         +David A Metcalf,    Brenda D Metcalf,    324 Fox Knoll Ct.,    Hanover, PA 17331-5234
5238692        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
5238695        +Linoln Automotive Financial Services,    Attn: Bankruptcy,    Po Box 542000,
                 Omaha, NE 68154-8000
5238697        +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5238698        +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
5238699        +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
5238700        +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Oct 01 2019 23:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5238686        +EDI: GMACFS.COM Oct 01 2019 23:08:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
5238687        +EDI: CAPITALONE.COM Oct 01 2019 23:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
5244058         EDI: CAPITALONE.COM Oct 01 2019 23:08:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
5238689        +EDI: CITICORP.COM Oct 01 2019 23:08:00      Citibank/Goodyear,
                 Citibank Corp/Centralized Bankruptcy,    Po Box 790034,    Saint Louis, MO 63179-0034
5238690        +EDI: WFNNB.COM Oct 01 2019 23:08:00      Comenity Bank/Eddie Bauer,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
5238691        +EDI: WFNNB.COM Oct 01 2019 23:08:00      Comenity Bank/Torrid,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
5238693        +E-mail/Text: julie.baugher@pinnaclehealth.org Oct 01 2019 19:18:01      Hanover Hospital,
                 300 Highland Ave.,    Hanover, PA 17331-2203
5238694        +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 01 2019 19:18:30      Harley Davidson Financial,
                 Attn: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
5238696         E-mail/Text: camanagement@mtb.com Oct 01 2019 19:18:11      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
5238701        +EDI: PMSCOLLECTS.COM Oct 01 2019 23:08:00      Progressive Management Systems,
                 Attn: Bankruptcy Department,    1521 W Cameron Ave., First Floor,    West Covina, CA 91790-2738
5239234        +EDI: RMSC.COM Oct 01 2019 23:08:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5238703        +EDI: RMSC.COM Oct 01 2019 23:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
5238704        +EDI: WFFC.COM Oct 01 2019 23:08:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
                 1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5238702          St Joseph Hospital
5238688*        +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com
          Stephen Wade Parker    on behalf of Debtor 2 Brenda D Metcalf Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Stephen Wade Parker    on behalf of Debtor 1 David A Metcalf Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David A Metcalf,

**Debtor 1**

Brenda D Metcalf,

**Debtor 2**

Chapter 13

Case No. 1:19–bk–03608–HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 1, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

ordsmiss (05/18)