emPath 7.0.11.00.00    08/26/2019 10:35 AM    User: David A. Metcalf

# Pay Stub - Details

**All**



| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |

| | |
|---|---|
| **Begin Date:** | 01/06/2019 |
| **End Date:** | 01/19/2019 |
| **Check Date:** | 01/25/2019 |
| **Check Number:** | 999979333 |
| **Check Amount:** | 1479.56 |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Overtime Pay (OVERTIME) | | 0.0000 | 0.0000 | 3.00 |
| Overtime Pay (OVERTIME) | 3.00 | 0.2500 | 12.0000 | 0.00 |
| Regular Wages (REG) | 1830.00 | 76.2500 | 24.0000 | 3156.00 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 73.32 | 0.00 | 73.32 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 83.62 | 1759.68 | 122.37 |
| MEDCARE (MEDCARE) | 26.58 | 1833.00 | 45.81 |
| OASDI (OASDI) | 113.65 | 1833.00 | 195.86 |
| PA ST TAX (SIT42) | 56.27 | 1833.00 | 96.98 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 1833.00 | 73.32 | 280.12 | 1479.56 |
| **Year To Date** | 3159.00 | 73.32 | 461.02 | 2624.66 |

Sheppard Pratt Health System, Inc.     6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00      08/26/2019 10:36 AM      User: David A. Metcalf

# Pay Stub - Details

**All**

| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |

| | |
|---|---|
| **Begin Date:** | 02/03/2019 |
| **End Date:** | 02/16/2019 |
| **Check Date:** | 02/22/2019 |
| **Check Number:** | 999974174 |
| **Check Amount:** | 1574.72 |



| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Overtime Pay (OVERTIME) | | 0.0000 | 0.0000 | 81.00 |
| Overtime Pay (OVERTIME) | 78.00 | 6.5000 | 12.0000 | 0.00 |
| Regular Wages (REG) | 1884.00 | 78.5000 | 24.0000 | 6570.00 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 78.48 | 0.00 | 213.00 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 98.48 | 1883.52 | 273.88 |
| MEDCARE (MEDCARE) | 28.45 | 1962.00 | 96.45 |
| OASDI (OASDI) | 121.64 | 1962.00 | 412.36 |
| PA ST TAX (SIT42) | 60.23 | 1962.00 | 204.18 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 1962.00 | 78.48 | 308.80 | 1574.72 |
| **Year To Date** | 6651.00 | 213.00 | 986.87 | 5451.13 |

Sheppard Pratt Health System, Inc.      6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00    08/26/2019 10:36 AM    User: David A. Metcalf

# Pay Stub - Details

| All |
|---|

| | | | | |
|---|---|---|---|---|
| **Employee:** | Metcalf, David A. | **Begin Date:** | 01/20/2019 |  |
| **Employee ID:** | 030761 | **End Date:** | 02/02/2019 | |
| **Social Security Number:** | "XXX-XX-5636 | **Check Date:** | 02/08/2019 | |
| **Payroll Unit:** | Div of Central Support (010110400) | **Check Number:** | 999976740 | |
| | | **Check Amount:** | 1251.75 | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Regular Wages (REG) | 1530.00 | 63.7500 | 24.0000 | 4686.00 |
| Overtime Pay (OVERTIME) | | | | 3.00 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 61.20 | 0.00 | 134.52 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 53.03 | 1468.80 | 175.40 |
| MEDCARE (MEDCARE) | 22.19 | 1530.00 | 68.00 |
| OASDI (OASDI) | 94.86 | 1530.00 | 290.72 |
| PA ST TAX (SIT42) | 46.97 | 1530.00 | 143.95 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 1530.00 | 61.20 | 217.05 | 1251.75 |
| **Year To Date** | 4689.00 | 134.52 | 678.07 | 3876.41 |

Sheppard Pratt Health System, Inc.    6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00 08/26/2019 10:38 AM User: David A. Metcalf

# Pay Stub - Details

**All**

| | | | | |
|---|---|---|---|---|
| **Employee:** | Metcalf, David A. | **Begin Date:** | 03/03/2019 | |
| **Employee ID:** | 030761 | **End Date:** | 03/16/2019 |  |
| **Social Security Number:** | "XXX-XX-5636 | **Check Date:** | 03/22/2019 | |
| **Payroll Unit:** | Div of Central Support (010110400) | **Check Number:** | 999969024 | |
| | | **Check Amount:** | 1401.60 | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Regular Wages (REG) | 1728.00 | 72.0000 | 24.0000 | 9852.00 |
| Overtime Pay (OVERTIME) | | | | 84.00 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 69.12 | 0.00 | 344.40 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 72.04 | 1658.88 | 401.55 |
| MEDCARE (MEDCARE) | 25.06 | 1728.00 | 144.09 |
| OASDI (OASDI) | 107.13 | 1728.00 | 616.03 |
| PA ST TAX (SIT42) | 53.05 | 1728.00 | 305.03 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 1728.00 | 69.12 | 257.28 | 1401.60 |
| **Year To Date** | 9936.00 | 344.40 | 1466.70 | 8124.90 |

Sheppard Pratt Health System, Inc.    6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00    08/26/2019 10:37 AM    User: David A. Metcalf

# Pay Stub - Details

| All |
|---|

| | | | | |
|---|---|---|---|---|
| **Employee:** | Metcalf, David A. | **Begin Date:** | 02/17/2019 |  |
| **Employee ID:** | 030761 | **End Date:** | 03/02/2019 | |
| **Social Security Number:** | "XXX-XX-5636 | **Check Date:** | 03/08/2019 | |
| **Payroll Unit:** | Div of Central Support (010110400) | **Check Number:** | 999971612 | |
| | | **Check Amount:** | 1272.17 | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Overtime Pay (OVERTIME) | | 0.0000 | 0.0000 | 84.00 |
| Overtime Pay (OVERTIME) | 3.00 | 0.2500 | 12.0000 | 0.00 |
| Regular Wages (REG) | 1554.00 | 64.7500 | 24.0000 | 8124.00 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 62.28 | 0.00 | 275.28 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 55.63 | 1494.72 | 329.51 |
| MEDCARE (MEDCARE) | 22.58 | 1557.00 | 119.03 |
| OASDI (OASDI) | 96.54 | 1557.00 | 508.90 |
| PA ST TAX (SIT42) | 47.80 | 1557.00 | 251.98 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 1557.00 | 62.28 | 222.55 | 1272.17 |
| **Year To Date** | 8208.00 | 275.28 | 1209.42 | 6723.30 |

Sheppard Pratt Health System, Inc.    6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00     08/26/2019 10:38 AM     User: David A. Metcalf

# Pay Stub - Details

## All

| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |

| | |
|---|---|
| **Begin Date:** | 03/31/2019 |
| **End Date:** | 04/13/2019 |
| **Check Date:** | 04/19/2019 |
| **Check Number:** | 999963841 |
| **Check Amount:** | 1468.50 |



| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Regular Wages (REG) | 1818.00 | 75.7500 | 24.0000 | 13632.00 |
| Overtime Pay (OVERTIME) | | | | 105.00 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 72.72 | 0.00 | 496.44 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 81.90 | 1745.28 | 584.35 |
| MEDCARE (MEDCARE) | 26.36 | 1818.00 | 199.20 |
| OASDI (OASDI) | 112.71 | 1818.00 | 851.69 |
| PA ST TAX (SIT42) | 55.81 | 1818.00 | 421.72 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 1818.00 | 72.72 | 276.78 | 1468.50 |
| **Year To Date** | 13737.00 | 496.44 | 2056.96 | 11183.60 |

Sheppard Pratt Health System, Inc.     6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00  08/26/2019 10:38 AM  User: David A. Metcalf

# Pay Stub - Details

**All**

| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |

| | |
|---|---|
| **Begin Date:** | 03/17/2019 |
| **End Date:** | 03/30/2019 |
| **Check Date:** | 04/05/2019 |
| **Check Number:** | 999966448 |
| **Check Amount:** | 1590.20 |



| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Overtime Pay (OVERTIME) | | 0.0000 | 0.0000 | 105.00 |
| Overtime Pay (OVERTIME) | 21.00 | 1.7500 | 12.0000 | 0.00 |
| Regular Wages (REG) | 1962.00 | 81.7500 | 24.0000 | 11814.00 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 79.32 | 0.00 | 423.72 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 100.90 | 1903.68 | 502.45 |
| MEDCARE (MEDCARE) | 28.75 | 1983.00 | 172.84 |
| OASDI (OASDI) | 122.95 | 1983.00 | 738.98 |
| PA ST TAX (SIT42) | 60.88 | 1983.00 | 365.91 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 1983.00 | 79.32 | 313.48 | 1590.20 |
| **Year To Date** | 11919.00 | 423.72 | 1780.18 | 9715.10 |

Sheppard Pratt Health System, Inc.    6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00     08/26/2019 10:39 AM     User: David A. Metcalf

# Pay Stub - Details

**All**

| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |

| | |
|---|---|
| **Begin Date:** | 04/28/2019 |
| **End Date:** | 05/11/2019 |
| **Check Date:** | 05/17/2019 |
| **Check Number:** | 999958620 |
| **Check Amount:** | 1956.06 |



| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Beeper Pay (BEEPER$) | 157.50 | 0.0000 | 157.5000 | 157.50 |
| Night Shift - Plant Ops (NGT-OPS) | 177.19 | 6.7500 | 26.2500 | 177.19 |
| Overtime Pay (OVERTIME) | | 0.0000 | 0.0000 | 246.46 |
| Overtime Pay (OVERTIME) | 129.21 | 9.2500 | 13.9689 | 0.00 |
| Regular Wages (REG) | 2015.13 | 82.2500 | 24.5000 | 17435.63 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 99.16 | 0.00 | 667.63 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 158.05 | 2379.87 | 822.31 |
| MEDCARE (MEDCARE) | 35.95 | 2479.03 | 261.26 |
| OASDI (OASDI) | 153.70 | 2479.03 | 1117.04 |
| PA ST TAX (SIT42) | 76.11 | 2479.03 | 553.11 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 2479.03 | 99.16 | 423.81 | 1956.06 |
| **Year To Date** | 18016.78 | 667.63 | 2753.72 | 14595.43 |

Sheppard Pratt Health System, Inc.     6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00    08/26/2019 10:39 AM    User: David A. Metcalf

# Pay Stub - Details

| All |
|---|



| | | | | |
|---|---|---|---|---|
| **Employee:** | Metcalf, David A. | **Begin Date:** | 04/14/2019 | |
| **Employee ID:** | 030761 | **End Date:** | 04/27/2019 | |
| **Social Security Number:** | "XXX-XX-5636 | **Check Date:** | 05/03/2019 | |
| **Payroll Unit:** | Div of Central Support (010110400) | **Check Number:** | 999961214 | |
| | | **Check Amount:** | 1455.77 | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Overtime Pay (OVERTIME) | | 0.0000 | 0.0000 | 117.25 |
| Overtime Pay (OVERTIME) | 12.25 | 1.0000 | 12.2500 | 0.00 |
| Regular Wages (REG) | 1788.50 | 73.0000 | 24.5000 | 15420.50 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 72.03 | 0.00 | 568.47 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 79.91 | 1728.72 | 664.26 |
| MEDCARE (MEDCARE) | 26.11 | 1800.75 | 225.31 |
| OASDI (OASDI) | 111.65 | 1800.75 | 963.34 |
| PA ST TAX (SIT42) | 55.28 | 1800.75 | 477.00 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 1800.75 | 72.03 | 272.95 | 1455.77 |
| **Year To Date** | 15537.75 | 568.47 | 2329.91 | 12639.37 |

Sheppard Pratt Health System, Inc.    6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00    08/26/2019 10:39 AM    User: David A. Metcalf

# Pay Stub - Details

**All**



| | | | | |
|---|---|---|---|---|
| **Employee:** | Metcalf, David A. | **Begin Date:** | 05/12/2019 | |
| **Employee ID:** | 030761 | **End Date:** | 05/25/2019 | |
| **Social Security Number:** | "XXX-XX-5636 | **Check Date:** | 05/31/2019 | |
| **Payroll Unit:** | Div of Central Support (010110400) | **Check Number:** | 999956027 | |
| | | **Check Amount:** | 1586.78 | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Overtime Pay (OVERTIME) | | 0.0000 | 0.0000 | 252.59 |
| Overtime Pay (OVERTIME) | 6.13 | 0.5000 | 12.2500 | 0.00 |
| Regular Wages (REG) | 1972.25 | 80.5000 | 24.5000 | 19407.88 |
| Beeper Pay (BEEPER$) | | | | 157.50 |
| Night Shift - Plant Ops (NGT-OPS) | | | | 177.19 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| 403B Transamerica (XTSAH) | 79.14 | 0.00 | 746.77 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 100.37 | 1899.24 | 922.68 |
| MEDCARE (MEDCARE) | 28.69 | 1978.38 | 289.95 |
| OASDI (OASDI) | 122.66 | 1978.38 | 1239.70 |
| PA ST TAX (SIT42) | 60.74 | 1978.38 | 613.85 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 1978.38 | 79.14 | 312.46 | 1586.78 |
| **Year To Date** | 19995.16 | 746.77 | 3066.18 | 16182.21 |

Sheppard Pratt Health System, Inc.    6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00  08/26/2019 10:40 AM  User: David A. Metcalf

# Pay Stub - Details

**All**



| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |
| **Begin Date:** | 05/26/2019 |
| **End Date:** | 06/08/2019 |
| **Check Date:** | 06/14/2019 |
| **Check Number:** | 999953435 |
| **Check Amount:** | 1440.58 |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---:|---:|---:|---:|
| Group Life in excess of $50k (GRPLIFE) | 3.59 | 0.0000 | 0.0000 | 3.59 |
| Planned Paid Time Off (PTO-PLAN) | 196.00 | 8.0000 | 24.5000 | 196.00 |
| Regular Wages (REG) | 1764.00 | 72.0000 | 24.5000 | 21171.88 |
| Beeper Pay (BEEPER$) | | | | 157.50 |
| Night Shift - Plant Ops (NGT-OPS) | | | | 177.19 |
| Overtime Pay (OVERTIME) | | | | 252.59 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---:|---:|---:|
| Health pre-tax (HLTH) | 62.50 | 0.00 | 62.50 |
| Group Life Over 50k (LIFE50K) | 3.59 | 0.00 | 3.59 |
| Medical pre-tax (MED) | 108.23 | 0.00 | 108.23 |
| 403B Transamerica (XTSAH) | 78.40 | 0.00 | 825.17 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---:|---:|---:|
| Federal (FIT) | 78.20 | 1714.46 | 1000.88 |
| MEDCARE (MEDCARE) | 26.00 | 1792.86 | 315.95 |
| OASDI (OASDI) | 111.16 | 1792.86 | 1350.86 |
| PA ST TAX (SIT42) | 54.93 | 1789.27 | 668.78 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---:|---:|---:|---:|
| **Current** | 1963.59 | 252.72 | 270.29 | 1440.58 |
| **Year To Date** | 21958.75 | 999.49 | 3336.47 | 17622.79 |

Sheppard Pratt Health System, Inc.    6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00        08/26/2019 10:40 AM        User: David A. Metcalf

# Pay Stub - Details

**All**



| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |

| | |
|---|---|
| **Begin Date:** | 06/09/2019 |
| **End Date:** | 06/22/2019 |
| **Check Date:** | 06/28/2019 |
| **Check Number:** | 999950627 |
| **Check Amount:** | 1599.69 |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---:|---:|---:|---:|
| Beeper Pay (BEEPER$) | 157.50 | 0.0000 | 157.5000 | 315.00 |
| Group Life in excess of $50k (GRPLIFE) | 3.59 | 0.0000 | 0.0000 | 7.18 |
| Overtime Pay (OVERTIME) | | 0.0000 | 0.0000 | 267.90 |
| Overtime Pay (OVERTIME) | 15.31 | 1.2500 | 12.2500 | 0.00 |
| Planned Paid Time Off (PTO-PLAN) | 196.00 | 8.0000 | 24.5000 | 392.00 |
| Regular Wages (REG) | 1806.88 | 73.7500 | 24.5000 | 22978.76 |
| Night Shift - Plant Ops (NGT-OPS) | | | | 177.19 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---:|---:|---:|
| Health pre-tax (HLTH) | 62.50 | 0.00 | 125.00 |
| Group Life Over 50k (LIFE50K) | 3.59 | 0.00 | 7.18 |
| Medical pre-tax (MED) | 108.23 | 0.00 | 216.46 |
| 403B Transamerica (XTSAH) | 87.03 | 0.00 | 912.20 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---:|---:|---:|
| Federal (FIT) | 103.04 | 1921.52 | 1103.92 |
| MEDCARE (MEDCARE) | 29.12 | 2008.55 | 345.07 |
| OASDI (OASDI) | 124.53 | 2008.55 | 1475.39 |
| PA ST TAX (SIT42) | 61.55 | 2004.96 | 730.33 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---:|---:|---:|---:|
| **Current** | 2179.28 | 261.35 | 318.24 | 1599.69 |
| **Year To Date** | 24138.03 | 1260.84 | 3654.71 | 19222.48 |

Sheppard Pratt Health System, Inc.        6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00    08/26/2019 10:41 AM    User: David A. Metcalf

# Pay Stub - Details

| All |
|---|

| | | | | |
|---|---|---|---|---|
| **Employee:** | Metcalf, David A. | **Begin Date:** | 06/23/2019 | |
| **Employee ID:** | 030761 | **End Date:** | 07/06/2019 | |
| **Social Security Number:** | "XXX-XX-5636 | **Check Date:** | 07/12/2019 |  |
| **Payroll Unit:** | Div of Central Support (010110400) | **Check Number:** | 999948036 | |
| | | **Check Amount:** | 1843.53 | |

| Pays | Amount | Hours | Rate | Year to Date |
|---|---:|---:|---:|---:|
| Group Life in excess of $50k (GRPLIFE) | 5.95 | 0.0000 | 0.0000 | 13.13 |
| Planned Paid Time Off (PTO-PLAN) | 261.54 | 8.0000 | 32.6923 | 653.54 |
| Regular Wages (REG) | 2353.85 | 72.0000 | 32.6923 | 25332.61 |
| Beeper Pay (BEEPER$) | | | | 315.00 |
| Night Shift - Plant Ops (NGT-OPS) | | | | 177.19 |
| Overtime Pay (OVERTIME) | | | | 267.90 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---:|---:|---:|
| Health pre-tax (HLTH) | 31.25 | 0.00 | 156.25 |
| Group Life Over 50k (LIFE50K) | 5.95 | 0.00 | 13.13 |
| Medical pre-tax (MED) | 243.01 | 0.00 | 459.47 |
| 403B Transamerica (XTSAH) | 104.62 | 0.00 | 1016.82 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---:|---:|---:|
| Federal (FIT) | 141.56 | 2242.46 | 1245.48 |
| MEDCARE (MEDCARE) | 34.03 | 2347.08 | 379.10 |
| OASDI (OASDI) | 145.52 | 2347.08 | 1620.91 |
| PA ST TAX (SIT42) | 71.87 | 2341.13 | 802.20 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---:|---:|---:|---:|
| **Current** | 2621.34 | 384.83 | 392.98 | 1843.53 |
| **Year To Date** | 26759.37 | 1645.67 | 4047.69 | 21066.01 |

Sheppard Pratt Health System, Inc.    6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00     08/26/2019 10:41 AM     User: David A. Metcalf

# Pay Stub - Details

**All**

| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |

| | |
|---|---|
| **Begin Date:** | 07/07/2019 |
| **End Date:** | 07/20/2019 |
| **Check Date:** | 07/26/2019 |
| **Check Number:** | 999945422 |
| **Check Amount:** | 1843.53 |



| Pays | Amount | Hours | Rate | Year to Date |
|---|---:|---:|---:|---:|
| Group Life in excess of $50k (GRPLIFE) | 5.95 | 0.0000 | 0.0000 | 19.08 |
| Planned Paid Time Off (PTO-PLAN) | 261.54 | 8.0000 | 32.6923 | 915.08 |
| Regular Wages (REG) | 2353.85 | 72.0000 | 32.6923 | 27686.46 |
| Beeper Pay (BEEPER$) | | | | 315.00 |
| Night Shift - Plant Ops (NGT-OPS) | | | | 177.19 |
| Overtime Pay (OVERTIME) | | | | 267.90 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---:|---:|---:|
| Health pre-tax (HLTH) | 31.25 | 0.00 | 187.50 |
| Group Life Over 50k (LIFE50K) | 5.95 | 0.00 | 19.08 |
| Medical pre-tax (MED) | 243.01 | 0.00 | 702.48 |
| 403B Transamerica (XTSAH) | 104.62 | 0.00 | 1121.44 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---:|---:|---:|
| Federal (FIT) | 141.56 | 2242.46 | 1387.04 |
| MEDCARE (MEDCARE) | 34.03 | 2347.08 | 413.13 |
| OASDI (OASDI) | 145.52 | 2347.08 | 1766.43 |
| PA ST TAX (SIT42) | 71.87 | 2341.13 | 874.07 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---:|---:|---:|---:|
| **Current** | 2621.34 | 384.83 | 392.98 | 1843.53 |
| **Year To Date** | 29380.71 | 2030.50 | 4440.67 | 22909.54 |

Sheppard Pratt Health System, Inc.     6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00     08/26/2019 10:42 AM     User: David A. Metcalf

# Pay Stub - Details

**All**

| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |

| | |
|---|---|
| **Begin Date:** | 08/04/2019 |
| **End Date:** | 08/17/2019 |
| **Check Date:** | 08/23/2019 |
| **Check Number:** | 999940212 |
| **Check Amount:** | 1842.52 |



| Pays | Amount | Hours | Rate | Year to Date |
|---|---|---|---|---|
| Group Life in excess of $50k (GRPLIFE) | 5.95 | 0.0000 | 0.0000 | 30.98 |
| Regular Wages (REG) | 2615.38 | 80.0000 | 32.6923 | 32394.15 |
| Beeper Pay (BEEPER$) | | | | 315.00 |
| Night Shift - Plant Ops (NGT-OPS) | | | | 177.19 |
| Overtime Pay (OVERTIME) | | | | 267.90 |
| Planned Paid Time Off (PTO-PLAN) | | | | 1438.16 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---|---|---|
| Health pre-tax (HLTH) | 31.25 | 0.00 | 250.00 |
| Group Life Over 50k (LIFE50K) | 5.95 | 0.00 | 30.98 |
| Medical pre-tax (MED) | 244.31 | 0.00 | 1191.10 |
| 403B Transamerica (XTSAH) | 104.62 | 0.00 | 1330.68 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---|---|---|
| Federal (FIT) | 141.40 | 2241.15 | 1669.84 |
| MEDCARE (MEDCARE) | 34.01 | 2345.77 | 481.15 |
| OASDI (OASDI) | 145.44 | 2345.77 | 2057.30 |
| PA ST TAX (SIT42) | 71.83 | 2339.82 | 1017.73 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---|---|---|---|
| **Current** | 2621.33 | 386.13 | 392.68 | 1842.52 |
| **Year To Date** | 34623.38 | 2802.76 | 5226.02 | 26594.60 |

Sheppard Pratt Health System, Inc.     6501 North Charles Street, Baltimore, Maryland (MD), 21204

emPath 7.0.11.00.00     08/26/2019 10:42 AM     User: David A. Metcalf

# Pay Stub - Details

## All

| | |
|---|---|
| **Employee:** | Metcalf, David A. |
| **Employee ID:** | 030761 |
| **Social Security Number:** | "XXX-XX-5636 |
| **Payroll Unit:** | Div of Central Support (010110400) |

| | |
|---|---|
| **Begin Date:** | 07/21/2019 |
| **End Date:** | 08/03/2019 |
| **Check Date:** | 08/09/2019 |
| **Check Number:** | 999942795 |
| **Check Amount:** | 1842.54 |



| Pays | Amount | Hours | Rate | Year to Date |
|---|---:|---:|---:|---:|
| Group Life in excess of $50k (GRPLIFE) | 5.95 | 0.0000 | 0.0000 | 25.03 |
| Planned Paid Time Off (PTO-PLAN) | 523.08 | 16.0000 | 32.6923 | 1438.16 |
| Regular Wages (REG) | 2092.31 | 64.0000 | 32.6923 | 29778.77 |
| Beeper Pay (BEEPER$) | | | | 315.00 |
| Night Shift - Plant Ops (NGT-OPS) | | | | 177.19 |
| Overtime Pay (OVERTIME) | | | | 267.90 |

| Deductions | Amount | Arrearage | Year to Date |
|---|---:|---:|---:|
| Health pre-tax (HLTH) | 31.25 | 0.00 | 218.75 |
| Group Life Over 50k (LIFE50K) | 5.95 | 0.00 | 25.03 |
| Medical pre-tax (MED) | 244.31 | 0.00 | 946.79 |
| 403B Transamerica (XTSAH) | 104.62 | 0.00 | 1226.06 |

| Taxes | Amount | Taxable Wages | Year to Date |
|---|---:|---:|---:|
| Federal (FIT) | 141.40 | 2241.16 | 1528.44 |
| MEDCARE (MEDCARE) | 34.01 | 2345.78 | 447.14 |
| OASDI (OASDI) | 145.43 | 2345.78 | 1911.86 |
| PA ST TAX (SIT42) | 71.83 | 2339.83 | 945.90 |

| | Earnings - | Deductions - | Taxes = | Net Pay |
|---|---:|---:|---:|---:|
| **Current** | 2621.34 | 386.13 | 392.67 | 1842.54 |
| **Year To Date** | 32002.05 | 2416.63 | 4833.34 | 24752.08 |

Sheppard Pratt Health System, Inc.     6501 North Charles Street, Baltimore, Maryland (MD), 21204