```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 19-03608-HWV
David A Metcalf                                                 Chapter 13
Brenda D Metcalf
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh             Page 1 of 2          Date Rcvd: Oct 08, 2019
                             Form ID: pdf010           Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db/jdb         +David A Metcalf,   Brenda D Metcalf,   324 Fox Knoll Ct.,   Hanover, PA 17331-5234
5238689        +Citibank/Goodyear,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
                 Saint Louis, MO 63179-0034
5238692        +FedLoan Servicing,   Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
5253672        +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
5238695        +Linoln Automotive Financial Services,   Attn: Bankruptcy,   Po Box 542000,
                 Omaha, NE 68154-8000
5238697        +Mariner Finance, LLC,   Attn: Bankruptcy,   8211 Town Center Drive,   Nottingham, MD 21236-5904
5238698        +Mercury/FBT,   Attn: Bankruptcy,   Po Box 84064,   Columbus, GA 31908-4064
5238699        +PNC Bank,   Attn: Bankruptcy,   Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
5238700        +Pnc Bank,   Atn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
5238704        +Wells Fargo Bank NA,   Attn: Bankruptcy,   1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 08 2019 19:20:53
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5238686        +E-mail/Text: ally@ebn.phinsolutions.com Oct 08 2019 19:06:26     Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
5238687        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 08 2019 19:21:14     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5244058         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 08 2019 19:20:53
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC 28272-1083
5238690        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 08 2019 19:06:32    Comenity Bank/Eddie Bauer,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5238691        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 08 2019 19:06:31    Comenity Bank/Torrid,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5238693        +E-mail/Text: julie.baugher@pinnaclehealth.org Oct 08 2019 19:06:27    Hanover Hospital,
                 300 Highland Ave.,   Hanover, PA 17331-2203
5238694        +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 08 2019 19:06:39    Harley Davidson Financial,
                 Attn: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
5238696         E-mail/Text: camanagement@mtb.com Oct 08 2019 19:06:31    M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,   Buffalo, NY 14240
5238701        +E-mail/Text: bankruptcy@pmscollects.com Oct 08 2019 19:06:40    Progressive Management Systems,
                 Attn: Bankruptcy Department,   1521 W Cameron Ave., First Floor,   West Covina, CA 91790-2738
5239234        +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2019 19:20:53    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5238703        +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2019 19:20:53    Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5238702        St Joseph Hospital
5238688*      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: MMchugh              Page 2 of 2              Date Rcvd: Oct 08, 2019
                               Form ID: pdf010            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 2 Brenda D Metcalf Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 David A Metcalf Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: David & Brenda Metcalf　　　　　　　　　　CASE NO.: 1:19-bk-03608
　　　　　　Debtors　　　　　　　　　　　　　　　　CHAPTER 13

## ORDER

UPON CONSIDERATION of Debtors Motion to Reconsider and Vacate Order Dismissing Case, it is hereby

ORDERED that Debtors' Chapter 13 case is re-instated. Furthermore, the Automatic Stay provisions remain in full force and effect unless and until this Court orders otherwise.

Dated: October 8, 2019　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Henry W. Van Eck, Bankruptcy Judge (JH)