```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                 Case No. 19-03608-HWV
David A Metcalf                                                        Chapter 13
Brenda D Metcalf
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 2           Date Rcvd: Oct 28, 2019
                              Form ID: ntcnfhrg          Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
```
db/jdb         +David A Metcalf,    Brenda D Metcalf,    324 Fox Knoll Ct.,   Hanover, PA 17331-5234
5238689        +Citibank/Goodyear,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 Saint Louis, MO 63179-0034
5261302       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,   PO Box 62180,
                 Colorado Spring, CO  80962)
5238692        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,   Harrisburg, PA 17106-9184
5253672        +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
5261002        +LAKEVIEW LOAN SERVICING LLC,    PO Box 840,   Buffalo, NY 14240-0840
5238695        +Linoln Automotive Financial Services,    Attn: Bankruptcy,   Po Box 542000,
                 Omaha, NE 68154-8000
5238697        +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,   Nottingham, MD 21236-5904
5238698        +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,   Columbus, GA 31908-4064
5238699        +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
5238700        +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
5238704        +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
5261253         Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2019 20:09:27
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5262272         E-mail/Text: ally@ebn.phinsolutions.com Oct 28 2019 19:41:12     Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
5238686        +E-mail/Text: ally@ebn.phinsolutions.com Oct 28 2019 19:41:12     Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
5238687        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 28 2019 19:47:54     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
5244058         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 28 2019 19:47:07
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5238690        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 28 2019 19:42:08     Comenity Bank/Eddie Bauer,
                 Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
5238691        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 28 2019 19:42:08     Comenity Bank/Torrid,
                 Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
5238693        +E-mail/Text: julie.baugher@pinnaclehealth.org Oct 28 2019 19:41:13     Hanover Hospital,
                 300 Highland Ave.,   Hanover, PA 17331-2203
5238694        +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 28 2019 19:42:47     Harley Davidson Financial,
                 Attn: Bankruptcy,    Po Box 22048,   Carson City, NV 89721-2048
5238696         E-mail/Text: camanagement@mtb.com Oct 28 2019 19:42:03     M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,   Buffalo, NY 14240
5238701        +E-mail/Text: bankruptcy@pmscollects.com Oct 28 2019 19:42:49     Progressive Management Systems,
                 Attn: Bankruptcy Department,    1521 W Cameron Ave., First Floor,   West Covina, CA 91790-2738
5239234        +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2019 19:47:25     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5238703        +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2019 19:47:49     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
5262215         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2019 19:58:27     Verizon,
                 by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5238702        St Joseph Hospital
5238688*      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0314-1          User: MMchugh            Page 2 of 2            Date Rcvd: Oct 28, 2019
                              Form ID: ntcnfhrg        Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com
        Stephen Wade Parker    on behalf of Debtor 2 Brenda D Metcalf Mooneybkecf@gmail.com, R61895@notify.bestcase.com
        Stephen Wade Parker    on behalf of Debtor 1 David A Metcalf Mooneybkecf@gmail.com, R61895@notify.bestcase.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David A Metcalf,<br>**Debtor 1**<br><br>Brenda D Metcalf,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:19–bk–03608–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 27, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: December 4, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 28, 2019 |

ntcnfhrg (03/18)