```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                            Case No. 19-03608-HWV
David A Metcalf                                                   Chapter 13
Brenda D Metcalf
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh           Page 1 of 2        Date Rcvd: Oct 28, 2019
                             Form ID: pdf002         Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
db/jdb         +David A Metcalf,   Brenda D Metcalf,    324 Fox Knoll Ct.,   Hanover, PA 17331-5234
5238689        +Citibank/Goodyear,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
                 Saint Louis, MO 63179-0034
5261302       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,    PO Box 62180,
                 Colorado Spring, CO  80962)
5238692        +FedLoan Servicing,    Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
5253672        +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
5261002        +LAKEVIEW LOAN SERVICING LLC,   PO Box 840,   Buffalo, NY 14240-0840
5238695        +Linoln Automotive Financial Services,    Attn: Bankruptcy,   Po Box 542000,
                 Omaha, NE 68154-8000
5238697        +Mariner Finance, LLC,   Attn: Bankruptcy,   8211 Town Center Drive,   Nottingham, MD 21236-5904
5238698        +Mercury/FBT,   Attn: Bankruptcy,   Po Box 84064,   Columbus, GA 31908-4064
5238699        +PNC Bank,   Attn: Bankruptcy,   Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
5238700        +Pnc Bank,   Atn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
5238704        +Wells Fargo Bank NA,   Attn: Bankruptcy,   1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
5261253         Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2019 20:08:59
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5262272         E-mail/Text: ally@ebn.phinsolutions.com Oct 28 2019 19:41:12     Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
5238686        +E-mail/Text: ally@ebn.phinsolutions.com Oct 28 2019 19:41:12     Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
5238687        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 28 2019 19:47:08     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5244058         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 28 2019 19:47:30
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5238690        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 28 2019 19:42:09     Comenity Bank/Eddie Bauer,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5238691        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 28 2019 19:42:09     Comenity Bank/Torrid,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5238693        +E-mail/Text: julie.baugher@pinnaclehealth.org Oct 28 2019 19:41:13     Hanover Hospital,
                 300 Highland Ave.,   Hanover, PA 17331-2203
5238694        +E-mail/Text: bankruptcy.notices@hdfsi.com Oct 28 2019 19:42:48     Harley Davidson Financial,
                 Attn: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
5238696         E-mail/Text: camanagement@mtb.com Oct 28 2019 19:42:03     M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,   Buffalo, NY 14240
5238701        +E-mail/Text: bankruptcy@pmscollects.com Oct 28 2019 19:42:49     Progressive Management Systems,
                 Attn: Bankruptcy Department,   1521 W Cameron Ave., First Floor,   West Covina, CA 91790-2738
5239234        +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2019 19:47:05     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5238703        +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2019 19:47:50     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
5262215         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2019 19:58:37     Verizon,
                 by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
                                                                                             TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5238702       St Joseph Hospital
5238688*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Howard Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        James Warmbrodt    on behalf of Creditor   LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com
        Stephen Wade Parker   on behalf of Debtor 2 Brenda D Metcalf Mooneybkecf@gmail.com, R61895@notify.bestcase.com
        Stephen Wade Parker   on behalf of Debtor 1 David A Metcalf Mooneybkecf@gmail.com, R61895@notify.bestcase.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 6

## LOCAL BANKRUPTCY FORM 3015-1

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**David A Metcalf**
**Brenda D Metcalf**

CHAPTER 13
CASE NO. **1:19-bk-03608**

☑ ORIGINAL PLAN
___AMENDED___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☑ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

1. The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania.  ☐ Included  ☑ Not Included

2. The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor.  ☑ Included  ☐ Not Included

3. The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G.  ☐ Included  ☑ Not Included

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.  PLAN FUNDING AND LENGTH OF PLAN.**

    **A.  Plan Payments From Future Income**

    1. To date, the Debtor paid $ **0.00** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**82,500.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 11/19 | 10/24 | 1,375.00 | 0.00 | 1,375.00 | 82,500.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | Total Payments: | $**82,500.00** |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. CHECK ONE: ☑ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

  B. **Additional Plan Funding From Liquidation of Assets/Other**

    1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

    *Check one of the following two lines.*

    ☑ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

    ☐ Certain assets will be liquidated as follows:

    2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

    3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:
    **Debtors will file amended schedule I (and J if necessary) after Debtor wife starts receiving disability. Debtors will also file an amended plan if necessary.**

2. **SECURED CLAIMS.**

  A. **Pre-Confirmation Distributions.** *Check one.*

  ☐ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

  ☑ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|---|
| **M & T Bank** | | 4061 | $1,720.00 |
| **Ally Financial** | Attn: Bankruptcy Dept; Po Box 380901; Bloomington, MN 55438 | 6786 | $100.00 |
| **Harley Davidson Financial** | Attn: Bankruptcy; Po Box 22048; Carson City, NV 89721 | 0389 | $100.00 |
| **Lincoln Auto Financial Services** | Attn: Bankruptcy; Po Box 542000; Omaha, NE 68154 | 6496 | $100.00 |

    1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

    2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

  B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| M & T Bank | 324 Fox Knoll Ct Hanover, PA 17331<br>Residence: four bedroom house | 4061 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| M & T Bank | 324 Fox Knoll Ct Hanover, PA 17331<br>Residence: four bedroom house | $6,000.00 | $0.00 | $6,000.00 |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

☑ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action or other (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Ally Financial | 2015 Ram 1500 Crew Cab Sport 72000 miles<br>Vehicle: | $23,600.00 | 5.25% | $26,999.02 | Plan |
| Harley Davidson Financial | 2016 Harley Davidson FLS 103 Softail Slim in olive 4500 miles | $12,400.00 | 5.25% | $14,185.94 | Plan |
| Lincoln Auto Financial Services | 2016 Ford Escape 42000 miles Vehicle: | $18,625.00 | 5.25% | $21,307.47 | Plan |

F. **Surrender of Collateral.** *Check one.*

☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. <u>Attorney's fees.</u> Complete only one of the following options:

      a. In addition to the retainer of $ **162.00** already paid by the Debtor, the amount of $ **3,838.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

      b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
      *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **Priority Claims (including, certain Domestic Support Obligations**

   ☑ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

   C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
      *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ☑ plan confirmation.
   ☐ entry of discharge.
   ☐ closing of case.

**7. DISCHARGE: (Check one)**

☑ The debtor will seek a discharge pursuant to § 1328(a).

☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level 1:    Adequate protection payments.
Level 2:    Debtor's attorney's fees.
Level 3:    Domestic Support Obligations.
Level 4:    Priority claims, pro rata.
Level 5:    Secured claims, pro rata.
Level 6:    Specially classified unsecured claims.
Level 7:    Timely general unsecured claims.
Level 8:    Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated:  **October  4, 2019**                          **/s/ Stephen Wade Parker**
                                                      **Stephen Wade Parker 315606**
                                                      Attorney for Debtor

                                                      **/s/ David A Metcalf**
                                                      **David A Metcalf**
                                                      Debtor

                                                      **/s/ Brenda D Metcalf**
                                                      **Brenda D Metcalf**
                                                      Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.