UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DAVID A. METCALF and                    :   CHAPTER 13
         BRENDA D. METCALF                       :
             Debtor(s)                           :
                                                 :
         CHARLES J. DEHART, III                  :
         STANDING CHAPTER 13 TRUSTEE             :
             Movant                              :
                                                 :
             vs.                                 :
                                                 :
         DAVID A. METCALF and                    :
         BRENDA D. METCALF                        :
             Respondent(s)                       :   CASE NO.   1-19-bk-03608


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   24th   day of October, 2019, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

        Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon disposable income on Schedules I and J and
specifically disputes the following amounts:

        a.   Three vehicles – unnecessary
        b.   Pet expenses

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.


                                Respectfully submitted:

                                Charles J. DeHart, III
                                Standing Chapter 13 Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA 17036
                                (717) 566-6097

                BY:     /s/James K. Jones
                                Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this   31st   day of October, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Steven Wade Parker, Esquire
230 York Street
Hanover, PA   17331

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee