UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID A METCALF  BRENDA D METCALF
    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

DAVID A METCALF  BRENDA D METCALF
    Respondent(s)

CHAPTER 13

CASE NO: 1-19-03608-HWV

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 20, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on October 4, 2019.

2. A hearing was held and an Order was entered on December 4, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/ James K. Jones, Esq.
Id: 39031
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DAVID A METCALF
            BRENDA D METCALF

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-19-03608-HWV

Movant

## **NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date:   March 25, 2020
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101     Time:   09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: February 20, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID A METCALF
BRENDA D METCALF

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

DAVID A METCALF
BRENDA D METCALF

Respondent(s)

CHAPTER 13

CASE NO: 1-19-03608-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 20, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER, PA   17331- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| DAVID A METCALF<br>324 FOX KNOLL CT.<br>HANOVER, PA   17331 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   February 20, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID A METCALF
BRENDA D METCALF

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

DAVID A METCALF
BRENDA D METCALF

Respondent(s)

CHAPTER 13

CASE NO: 1-19-03608-HWV

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.