IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: David & Brenda Metcalf | ) | Chapter 13 |
| Debtors | ) | Case No. 1:19-bk-03608 |
| | ) | |
| Lakeview Loan Servicing LLC | ) | |
| Movant | ) | |
| | ) | |
| David & Brenda Metcalf, Respondents | ) | |
| Charles DeHart, III, Trustee | ) | |

**DEBTORS' RESPONSE TO MOTION OF LAKEVIEW LOAN SERVICING LLC MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

1. Movant, Lakeview Loan Servicing LLC, filed its Motion for Relief on April 13, 2020.

2. Debtors acknowledge there are post post-petition mortgage arrears.

3. Debtors desire the opportunity to cure any post-petition mortgage arrears and keep their home.

4. Debtors request the Court deny Movant's Motion for Relief.

    WHERFORE, Debtors, David & Brenda Metcalf, pray the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed on April 13, 2020 by Lakeview Loan Servicing LLC.

Dated: April 28, 2020                                            Respectfully Submitted,

                                                                               /s/Stephen Wade Parker
                                                                               Stephen Wade Parker (315606)
                                                                               Counsel for Debtors
                                                                               Mooney & Associates
                                                                               2 S. Hanover Street
                                                                               Carlisle, PA 17013
                                                                               Swp@mooney4law.com
                                                                               (717) 243-4770 Phone
                                                                               (717) 632-3612 Fax