Certificate Number: 16339-PAM-DE-034643920

Bankruptcy Case Number: 19-03608


16339-PAM-DE-034643920

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 8, 2020</u>, at <u>2:22</u> o'clock <u>PM EDT</u>, <u>David Metcalf</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: July 8, 2020

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor