| | |
|---|---|
| In re: | Case No. 19-03608-HWV |
| David A Metcalf | Chapter 13 |
| Brenda D Metcalf | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 14, 2021 | Form ID: ordsmiss | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A Metcalf, Brenda D Metcalf, 324 Fox Knoll Ct., Hanover, PA 17331-5234 |
| 5238692 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5253672 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5261002 | + | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 5238695 | + | Linoln Automotive Financial Services, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 5238697 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5238698 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 14 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5262272 | | EDI: GMACFS.COM | Apr 14 2021 22:53:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5238686 | + | EDI: GMACFS.COM | Apr 14 2021 22:53:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 5238687 | + | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5244058 | | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5238689 | + | EDI: CITICORP.COM | Apr 14 2021 22:53:00 | Citibank/Goodyear, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis, MO 63179-0034 |
| 5238690 | + | EDI: WFNNB.COM | Apr 14 2021 22:53:00 | Comenity Bank/Eddie Bauer, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5238691 | + | EDI: WFNNB.COM | Apr 14 2021 22:53:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5261302 | | EDI: FORD.COM | Apr 14 2021 22:53:00 | Ford Motor Credit Company, LLC, PO Box 62180, Colorado Spring, CO 80962 |
| 5238693 | + | Email/Text: lyonsbe2@upmc.edu | Apr 14 2021 19:15:00 | Hanover Hospital, 300 Highland Ave., Hanover, PA 17331-2203 |
| 5238694 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 14 2021 19:15:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5238696 | | Email/Text: camanagement@mtb.com | Apr 14 2021 19:15:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5238699 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2021 19:15:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5265931 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2021 19:15:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5238700 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2021 19:15:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 5265274 | | EDI: PRA.COM | Apr 14 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5238701 | + | EDI: PMSCOLLECTS.COM | Apr 14 2021 22:53:00 | Progressive Management Systems, Attn: Bankruptcy Department, 1521 W Cameron Ave., First Floor, West Covina, CA 91790-2738 |
| 5263127 | | EDI: Q3G.COM | Apr 14 2021 22:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5239234 | + | EDI: RMSC.COM | Apr 14 2021 22:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5238703 | + | EDI: RMSC.COM | Apr 14 2021 22:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5262215 | | EDI: AIS.COM | Apr 14 2021 22:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5238704 | + | EDI: WFFC.COM | Apr 14 2021 22:53:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5261253 | | EDI: WFFC.COM | Apr 14 2021 22:53:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5238702 | | St Joseph Hospital |
| 5238688 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2021　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

**Name**　　　**Email Address**

Charles J DeHart, III (Trustee)

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| Howard Gershman | |
| | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| James Warmbrodt | |
| | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Stephen Wade Parker | |
| | on behalf of Debtor 2 Brenda D Metcalf Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| Stephen Wade Parker | |
| | on behalf of Debtor 1 David A Metcalf Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David A Metcalf,<br>**Debtor 1**<br><br>Brenda D Metcalf,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:19−bk−03608−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: April 14, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)